```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION
```

| | |
|---|---|
| COBB COUNTY SCHOOL DISTRICT, ) ) )     Plaintiff, ) ) vs. ) ) D.B., by and through his ) parents, and next friends, ) G.S.B. and K.B., ) individually ) )     Defendants. ) ) | Civil Action No.: 1:14-cv-02794-RWS |

**DEFENDANTS EXHIBITS IN SUPPORT OF AWARD OF FEES AND COSTS**


EXHIBIT 1:

DEFENDANTS' INDEX OF EXHIBITS IN SUPPORT OF

AWARD OF FEES AND COSTS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| COBB COUNTY SCHOOL DISTRICT, | ) |
|---|---|
| Plaintiff, | ) Civil Action No.: ) 1:14-cv-02794-RWS |
| vs. | ) |
| D.B., by and through his parents, and next friends, G.S.B. and K.B., individually | ) |
| Defendants. | ) |

DEFENDANTS' INDEX OF EXHIBITS IN SUPPORT OF
AWARD OF FEES AND COSTS

| Exhibit No. | Description |
|---|---|
| 1 | Defendants' Index of Exhibits in Support of Award of Fees and Costs |
| 2 | Summary Chart of Fees and Costs Sought |
| 3A | Full Summary and Statement of Time – Administrative Case |
| 3B | Full Summary and Statement of Time – District Court Case |
| 4 | Full Summary and Statement of Costs |
| 5 | Zimring Law Firm Client Cost Disclosure |
| 6 | Declaration of Jonathan A. Zimring, Esq. |
| 7 | Declaration of Defendant Scot Buonavita |
| 8 | Declaration of Janet Haury, Esq. |

| | |
|---|---|
| 9 | Declaration of Debra K. Haverstick, Esq. |
| 10 | Declaration of Craig Goodmark, Esq. |
| 11 | Declaration of Gerald Weber, Esq. (with attachment) |
| 12 | Declaration of Kathleen Leard |
| 13 | Affidavit of Jean M. Estes, Esq. (from Cobb County Sch. Dist. v. A.V. et al, Civil Action No. 1:112-cv-2900-TCB, Doc 65-6 (Filed on Fee Petition) |
| 14 | Excerpts of Transcript of OSAH hearing in Cobb County School District v. D.B. |