IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COBB COUNTY SCHOOL DISTRICT,<br><br>    Plaintiff,<br><br>vs.<br><br>D.B., by and through his parents, and next friends, G.S.B. and K.B., individually<br><br>    Defendants. | Civil Action No.:<br>1:14-cv-02794-RWS |

<u>DEFENDANTS EXHIBITS IN SUPPORT OF AWARD OF FEES AND COSTS</u>

EXHIBIT 2:

SUMMARY CHART OF FEES AND COSTS SOUGHT

# DEFENDANTS' ATTORNEY FEE SUMMARY CHARTS

## I. TIME AND FEE BY INDIVIDUAL AND CASE

|  | INDIVIDUAL | ADMIN TIME | ADMIN FEE | DISTRICT COURT TIME | DISTRICT COURT FEE |
|---|---|---|---|---|---|
| DH | Debbie Haverstick | 84.4 | $ 10,294.50 | 15.2 | $ 1,800.00 |
| JAZ | Jon Zimring | 197.35 | $ 97,850.00 | 154.7 | $ 76,650.00 |
| JB | Janet Haury | 351.6 | $ 66,784.50 | 41.3 | $ 7,990.00 |
| JEH | Jill Bender | 32 | $ 4,000.00 | .65 | $ 81.25 |
| RB | Rachael Barron | 1.3 | $ 162.50 | 10 | $ 1,250.00 |
|  |  | 664.65 | $ 179,091.50 | 221.85 | $ 87,771.25 |
|  | Less 3% voluntary Admin. Case Reduction |  | $173,718.75 |  | $87,771.25 |

## II. ADMINISTRATIVE CASE BY STAGES – BY TIME AND FEES
### (PRIOR TO ACROSS THE BOARD REDUCTION)

| ADMINISTRATIVE CASE FEES | TIME AS SPENT | FEES AS INCURRED |
|---|---|---|
| SUBTOTAL CASE INITIATION | 7.05 | $ 1,530.00 |
| SUBTOTAL REQUIRED CASE PLEADINGS AND ORDERS | 6.6 | $ 2,800.00 |
| SUBTOTAL INITIAL CASE ORGANIZATION AND PREPARATION | 41.8 | $ 8,867.50 |
| SUBTOTAL FURTHER WORK ON SETTLEMENT TASKS | 8.7 | $ 1,830.00 |
| SUBTOTAL CONTINUED/FINAL PREPARATION FOR TRIAL | 64.8 | $ 11,915.00 |
| SUBTOTAL HEARING PREPARATION AND HEARING AND EVIDENCE BRIEFS/RESEARCH | **42.7** | $ 8,262.50 |
| SUBTOTAL HEARING/TRIAL/FINAL PREP | 401.3 | $ 116,389.00 |
| SUBTOTAL POST HEARING TASKS | 91.7 | $ 27,497.50 |
| **GRAND TOTAL ADMINISTRATIVE CASE FEES** | **664.65** | **$ 179,091.50** |

### III. FEDERAL DISTRICT COURT CASE BY STAGES – BY TIME AND FEES

| GRAND TOTAL FEDERAL COURT APPEAL CASE FEES | | |
|---|---|---|
| | TIME AS SPENT | FEES AS INCURRED |
| SUBTOTAL INITIAL CASE TASKS: PRE-SERVICE AND IMPLEMENTATION | 9.25 | $ 3,665.00 |
| SUBTOTAL INITIAL COMPLAINT TASKS | 23.35 | $ 4,800.00 |
| FIRST PROCEDURAL STAGES OF APPEAL | 32.2 | $ 13,256.25 |
| SUBTOTAL CASE MOTIONS: DISMISS AND PREP FOR FINAL MOTION | 32.85 | $ 16,245.00 |
| SUBTOTAL DRAFT FINAL MOTIONS FOR JUDGEMENT OTHER REPLIES | 39.8 | $ 16,937.50 |
| SUBTOTAL DRAFT FINAL MOTIONS FOR JUDGEMENT OTHER REPLIES | 37.75 | $ 17,112.50 |
| SUBTOTAL POST ORDER TASKS AND FEE PETITION | 36.15 | $ 15,755.00 |
| GRAND TOTAL FEDERAL COURT APPEAL CASE FEES | 211.4 | $ 87,771.25 |

### IV. SUMMARY TOTALS FOR CASE – COSTS AND FEES

| | COSTS | FEES |
|---|---|---|
| ADMINISTRATIVE CASE | $ 895.32 | $173,718.75 |
| FEDERAL CASE | $ 120.95 | $ 87,771.25 |
| TOTALs | $ 1,016.27 | $ 261,490.00 |
| | | |
| | TOTAL FEES AND COSTS | $ 262,506.27 |